IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| STOCKCAR STOCKS ADVISORS, L.L.C., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO.: 5:04 CV 31 |
| ) | |
| 40/86 ADVISORS, INC., f/k/a ) | |
| CONSECO CAPITAL MANAGEMENT, ) | |
| INC., MAXWELL E. BUBLITZ, ) | |
| GREGORY J. HAHN, AND ) | |
| D. BRUCE JOHNSTON, ) | |
| ) | |
| DEFENDANTS. ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON APPLICATION TO APPEAR
PRO HAC VICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

After considering Mitesh Bansilal Shah's application to appear pro hac vice, the Court

**GRANTS** Mitesh B. Shah's application and **ORDERS** that Mitesh B. Shah be allowed to

appear pro hac vice until the conclusion of this case.

This the 28th day of July, 2005.

_____

**APPROVED & ENTRY REQUESTED;**

_____
Mitesh Bansilal Shah, Esq.

1209071