# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:04CV31

| | |
|---|---|
| **STOCKCAR STOCKS ADVISORS, L.L.C.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **40/86 ADVISORS, INC., f/k/a CONSECO** ) | |
| **CAPITAL MANAGEMENT, INC.;** ) | |
| **MAXWELL E. BUBLITZ; GREGORY J.** ) | |
| **HAHN; and D. BRUCE JOHNSTON,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The hearing on the "Plaintiff's Motion to Compel Production of Documents" (Document No. 46), filed June 8, 2005 – which was originally scheduled for Monday, August 15, 2005 at 9:30 A.M. – is hereby **cancelled**. The Court will reschedule the hearing at a later date.

**IT IS SO ORDERED**.

**Signed: August 10, 2005**

_____
David C. Keesler
United States Magistrate Judge