**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL DOCKET NO.: 5:04CV31-V**

| | |
|---|---|
| **STOCKCAR STOCKS ADVISORS, L.L.C.,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **40/86 ADVISORS, INC., f/k/a CONSECO** ) | |
| **CAPITAL MANAGEMENT, INC.,** ) | |
| **MAXWELL E. BUBLITZ, GREGORY J.** ) | |
| **HAHN, and D. BRUCE JOHNSTON,** ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its own motion.  In the Court's Memorandum and Order issued on April 7, 2005,  the Court directed the parties to "submit copies of ALL documentary evidence they intend to rely upon at trial including but not limited to, the Letter of Intent, Confidentiality Agreement, Asset Purchase Agreement, as well as any affidavits, or other documentary evidence."  (Document #40, at 17.)   The parties were directed to submit these items on or before September 9, 2005.

**IT IS HEREBY ORDERED** that, with the exception of the documents expressly identified by the Court in its April 7, 2005 Memorandum and Order, the parties may refrain from submitting ALL documentary evidence they intend to rely upon at trial and may instead submit only the exhibits each party relies upon in support of, or in opposition to, Defendants' motion for summary judgment.

**Signed: September 2, 2005**

Richard L. Voorhees
United States District Judge