# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:04CV31

| | |
|---|---|
| STOCKCAR STOCKS ADVISORS, L.L.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>40/86 ADVISORS, INC., f/k/a CONSECO )<br>CAPITAL MANAGEMENT, INC.; )<br>MAXWELL E. BUBLITZ; GREGORY J. )<br>HAHN; and D. BRUCE JOHNSTON, )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Motion to Compel Production of Documents" (Document No. 46), filed June 8, 2005. The Court has been advised by counsel for Stockcar Stocks Advisors, L.L.C. ("Stockcar Stocks") that a number of the issues in the Motion have been resolved by agreement of the parties. The Court has further been advised that counsel for Stockcar Stocks anticipates that the remaining issues will also be resolved by agreement of the parties. As such, the Court will deny the Motion as moot. Stockcar Stocks can, of course, file another motion to compel if it ultimately does not receive the discovery to which it believes it is entitled.

**IT IS, THEREFORE, ORDERED** that the "Plaintiff's Motion to Compel Production of Documents" (Document No. 46) is **DENIED AS MOOT**.

**Signed: September 7, 2005**

_____
David C. Keesler
United States Magistrate Judge